Caleb E. Mason, Esq. (State Bar No. 246653)
WERKSMAN JACKSON & QUINN, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
Telephone:  (213) 688-0460
E-mail:  cmason@werksmanjackson.com
Attorneys for Plaintiff MICHAEL GONZALEZ

Michael J. Christian (State Bar No. 173727)
E-mail:  Michael.Christian@jacksonlewis.com
Michael Y. Hsueh (State Bar No. 286548)
E-mail:  Michael.Hsueh@jacksonlewis.com
JACKSON LEWIS P.C.
400 Capitol Mall - Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
160 W. Santa Clara Street, Suite 400
San Jose, CA 95113
Telephone:  (408) 579-0404
Attorneys for Defendant
CITY OF PACIFIC GROVE, CALIFORNIA;
POLICE CHIEF CATHY MADALONE; CITY
MANAGER BEN HARVEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT – SAN JOSE

| | |
|---|---|
| MICHAEL GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF PACIFIC GROVE,<br>CALIFORNIA; POLICE CHIEF<br>CATHY MADALONE; CITY<br>MANAGER BEN HARVEY; DOES 1-<br>10,<br><br>        Defendants. | Case No. 5:22-cv-01079-SVK<br><br>**JOINT CASE STATUS UPDATE**<br><br>Judge:     Hon. Susan Van Keulen<br><br>Complaint Filed: 02.22.2022<br>Trial Date:     Not set |

1
2
3
4
5

The Parties, Plaintiff MICHAEL GONZALEZ ("Plaintiff") and Defendants CITY OF PACIFIC GROVE, CALIFORNIA, POLICE CHIEF CATHY MADALONE, CITY MANAGER BEN HARVEY ("Defendants") (collectively, "Parties"), through their respective counsel of record, submit their Joint Status Update.

6
7
8

Defendants have filed their Answer, ECF Doc. No. 23, and the Parties have filed their Joint Rule 26 Report, ECF Doc. No. 16, and exchanged Initial Disclosures.

9
10
11

The Parties are conferring regarding discovery scheduling, and anticipate being able to complete discovery during the Fall of 2022.  The Parties believe that a trial date target in the first quarter of 2023 would be reasonable and efficient.

12

The Parties have chosen mediation with the Magistrate Judge as their preferred mode of Alternative Dispute Resolution.

13
14
15

The Parties have not identified any procedural or substantive idiosyncrasies in this case that would require special discussion or intervention at this point.

16
17

Dated:  June 7, 2022

JACKSON LEWIS P.C.

By: */s/ Michael Christian*

18
19
20
21
22

Michael J. Christian
Michael Y. Hsueh
Attorneys for Defendants
CITY OF PACIFIC GROVE,
CALIFORNIA; POLICE CHIEF CATHY
MADALONE; CITY MANAGER BEN
HARVEY

23

Dated:  June 7, 2022

WERKSMAN JACKSON & QUINN, LLP

24
25

By: */s/ Caleb E. Mason*

26
27

Caleb E. Mason
Attorneys for Plaintiff
MICHAEL GONZALEZ

28